UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TISDALE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:22-cv-0069 DB<br><br><br>ORDER |

    In this social security action plaintiff has filed a motion for a 60-day extension of time to file a reply brief.[1] (ECF No. 24.) Both parties have repeatedly sought and obtained multiple extensions of time to brief this action. (ECF Nos. 11, 13, 15, 18, 20, 22.) While the Court does not question the necessity of those requests, the Court is concerned about further delaying the resolution of this action. Plaintiff's motion will, nonetheless, be granted. However, plaintiff will only be granted a 30-day extension of time. And no further extensions of time will be granted.

////

////

////

---

[1] Both parties have previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c). (ECF No. 7.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 13, 2023 motion for an extension of time (ECF No. 24) is granted in part; and

2. Plaintiff's reply brief shall be filed within 30 days of the date of this order.

Dated: February 19, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\tisdale0069.eot.mod.ord

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28