Betty Herrera, Esq. (CSBN 242189)
UNITED DISABILITY LAWYERS GROUP
285 N. Hill Avenue, Suite 100
Pasadena, California 91106
Direct Line: (401) 400-4276
Office: (888) 425-1666
bherrera@uniteddisabilitylawyers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TISDALE, | No. 2:22-cv-0069 DB |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that RICHARD TISDALE be awarded attorney fees and expenses in the amount of EIGHT THOUSAND DOLLARS AND ZERO CENTS ($8000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED TWO DOLLARS AND ZERO CENTS ($402.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

-1-

After the Court issues an order for EAJA fees to RICHARD TISDALE, the government will consider the matter of RICHARD TISDALE assignment of EAJA fees to Betty Herrera.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to RICHARD TISDALE, but if the Department of the Treasury determines that RICHARD TISDALE does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Betty Herrera, United Disability Lawyers Group, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Betty Herrera.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that RICHARD TISDALE and/or Betty Herrera including United Disability Lawyers Group may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Betty Herrera and/or United Disability Lawyers Group to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated:  June 22, 2023                    UNITED DISABILITY

                                         By:  */s/ Betty Herrera*
                                              BETTY HERRERA
                                              Attorneys for Plaintiff

Dated: June 22, 2023                   PHILLIP A. TALBERT
                                       United States Attorney

                                       By:   s/ Oscar Gonzalez de Llano *
                                       OSCAR GONZALEZ DE LLANO
                                       * By email authorization on 06/22/2023
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that fees and expenses in the amount of EIGHT THOUSAND DOLLARS AND ZERO CENTS ($8000.00) as authorized by 28 U.S.C. § 2412, and costs in the amount of $402.00 as authorized by 28 U.S.C. § 1920, are awarded.

DATED:  June 28, 2023            /s/ DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE